**No. 60298.**—Stone & Downer Co. *v.* United States, protest 192569–K (Portland, Maine).

Opinion by OLIVER, C. J.   An examination of the official papers disclosing that the duty assessed on the merchandise in question had not been paid and following Abstract 57870, the motion to dismiss was granted.